

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2019

No. 04-19-00315-CV

Juan Jesus Isaias **LOPEZ**, EBG Cargo LLC Mario Albert Rodriguez,
Appellants

v.

Lawrence **STURDEN**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2017CVA001873D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

The parties have filed a joint motion indicating that this appeal has settled. They specifically ask that this matter be remanded to the trial court for entry of a take-nothing judgment. However, the parties do not ask this court to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(2) (providing for voluntary dismissal of an appeal in accordance with an agreement by the parties).

We ORDER the parties' joint motion to be HELD IN ABEYANCE pending clarification from the parties with respect to the disposition of this appeal. The parties shall file an amended motion **on or before December 3, 2019**, clarifying the relief they seek from this court with respect to the disposition of this appeal.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2019.

_____
Michael A. Cruz,
Clerk of Court